EL PUEBLO, DEMANDANTE Y APELADO, *v.* LÓPEZ, ACUSADO

Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por falsificación.

No. 1662.—Resuelto en marzo 15, 1921.

SUSPENSIÓN DEL JUICIO CRIMINAL—DISCRECIÓN JUDICIAL—ABUSO DE DISCRECIÓN.—
La suspensión del juicio, a menos que el acusado establezca previamente ciertos requisitos legales, es una cuestión que descansa en la sana discreción del tribunal y cuando éste niega la suspensión es necesario probar abuso de discreción para obtener en apelación la revocación de la sentencia.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. E. H. F. Dottin.*
Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Esta fué una causa por un delito de falsificación. El caso fué llamado a juicio oral el día 20 de mayo de 1920. En el momento del juicio el acusado solicitó que éste fuera suspendido, porque no había comparecido su abogado defensor y además por no haber podido preparar su defensa a causa de estar preso y habérsele citado para juicio el día

anterior. La corte desestimó la petición del acusado y ordenó que el juicio continuase.

El acusado entonces, por medio de una moción de nuevo juicio levantó la misma cuestión, pero ni en la moción original ni en la de nuevo juicio se da ninguna explicación de por qué el abogado no compareció. El referido abogado no presentó *affidavit* de ninguna clase y existe cierta indicación en los autos de que en la preparación de la moción de nuevo juicio el acusado estuvo asistido de abogado.

De todos modos, la cuestión de la suspensión del juicio, a menos que el acusado establezca ciertos requisitos previos legales, es una cuestión dentro de la sana discreción de la corte, algunos de cuyos principios hemos discutido en el caso de *El Pueblo* v. *Román,* 18 D. P. R. 219.

No creyendo que el acusado mismo estaba en la situación legal de tener derecho a que se le conceda una suspensión del juicio, o que haya probado algún abuso de discreción, la sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.